IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § |
| | § CASE NO. 9:20-CR-30 |
| CHRISTOPHER DASHAWN MONTOYA | § JUDGE MICHAEL TRUNCALE |
| | § |
| | § |

## ORDER DENYING MOTIONS AS MOOT

Pending before the Court are Defendant's Motion to Suppress Count One of Indictment (Doc. #28) and Motion to Suppress Counts Two, Three, Four and Five of Indictment (Doc. #29). After these motions were filed, Defendant reached a plea agreement with the Government (Doc. #35), eliminating the need for trial in this case.

It is therefore **ORDERED** that Defendant's Motion to Suppress Count One of Indictment (Doc. #28) and Motion to Suppress Counts Two, Three, Four and Five of Indictment (Doc. #29) are both **DENIED AS MOOT**.

**SIGNED this 28th day of April, 2021.**

Michael J. Truncale
United States District Judge